UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BALMAIN,<br><br>                Plaintiff.<br><br>         v.<br><br>OPERATING ENGINEERS PENSION TRUST FUND,<br><br>                Defendant. | Case No.  25-cv-08932-TSH<br><br>**CLERK'S JUDGMENT**<br>Re: Dkt. No. 6 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On December 14, 2025, Plaintiff DAVID BALMAIN accepted Defendant OPERATING ENGINEERS PENSION TRUST FUND's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 that was made on December 10, 2025. Accordingly, the Clerk enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68 Offer as follows:

(1)   Judgment in favor of Plaintiff David Balmain;

(2)   Starting January 1, 2026, Mr. Balmain will receive from the Operating Engineers Pension Trust Fund a disability benefit of $2,481.73 per month as long as Mr. Balmain remains eligible to receive a disability benefit under the terms of the documents governing the Operating Engineers Pension Plan;

(3)   Within 14 days of entry of Judgment, Operating Engineers Pension Plan will send Mr. Balmain a lump sum payment of $23,391.68 to account for the retroactive increase of his disability benefit payments to $2,481.73 per month for the period of May 1, 2023 through December 9, 2025;

(4)   Within 14 days of entry of Judgment, the Operating Engineers Pension Trust Fund will pay 4% simple interest to Mr. Balmain on the $730.99 per month

difference between the monthly disability benefits paid and the increased disability benefit for the period between May 1, 2023 and December 9, 2025, for a total of $1,286.56;

        (5)    Costs of this action accrued by Mr. Balmain prior to the date of this Offer of Judgment will be paid by Defendant; and,

        (6)    Attorneys fees in the sum of $10,000 will be paid by Defendant.

**IT IS SO ORDERED AND ADJUDGED**

Dated: December 16, 2025

    Mark B. Busby, Clerk of Court

_____
Aris Garcia
Deputy Clerk